

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00142-CV

**CITY OF LEON VALLEY ECONOMIC DEVELOPMENT CORPORATION**,
Appellant

v.

Larry **LITTLE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17823
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we WITHDRAW our opinion and order of June 19, 2013, and SUBSTITUTE this opinion and judgment. The trial court's order is AFFIRMED. We tax costs of this appeal against Appellant City of Leon Valley Economic Development Corporation.

SIGNED December 31, 2013.

_____
Patricia O. Alvarez, Justice